UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AUTO OWNERS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JOHN HAGLER, SUE HAGLER and RON MCCULLEY d/b/a Ron's Mobile Home Service, <br><br> Defendants. | Case No. 13-cv-884-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. The plaintiff filed this action in August 2013 and served each defendant in September or October 2013. The defendants did not respond in a timely manner, yet the plaintiff has not requested entry of default pursuant to Federal Rule of Civil Procedure 55(a).

The Court hereby **ORDERS** the plaintiff to **SHOW CAUSE** on or before January 31, 2014, why this case should not be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). Failure to respond in a timely manner to this order may result in dismissal of this action. The plaintiff's filing of a proper request for entry of default shall be a satisfactory response to this order to show cause.

**IT IS SO ORDERED.**
**DATED: January 17, 2014**

s/J. Phil Gilbert<br>
<b>J. PHIL GILBERT</b><br>
<b>DISTRICT JUDGE</b>